**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In Re:                                                        Case No.18-32482-WRS
RITA REBECCA GARDNER                                          Chapter 13
4855 AIRLINE DR APT #23A
BOSSIER CITY, LA 71111


Debtor

---

# Order Releasing Wages

---

    The Income Withholding Order previously issued by the Court to the following employer is hereby
RELEASED:

                        DFAS-IN/DEBT AND CLAIMS
                        ATTN PAYROLL
                        8899 EAST 56TH ST
                        INDIANAPOLIS, IN  46249


The above employer is authorized to pay all future wages to the debtor.

Done this Friday, January 21, 2022.

                                        */s/ William R. Sawyer*
                                        _____
                                        William R. Sawyer
                                        United States Bankruptcy Judge


cc:  Rita Rebecca Gardner